# In re: EXPERIAN/T-MOBILE DATA SECURITY BREACH LITIGATION
## MDL NO. 2676

Attachment A to Corporate Disclosure Statement

Schedule of Actions

| | |
|---|---|
| 1 | **Bhuta v. Experian Information Solutions, Inc.**<br>Docket No. 8:15-cv-01592, (C.D. Cal. October 2, 2015) |
| 2 | **Ryan et al. v. Experian Holdings, Inc. et al.**<br>Docket No. 8:15-cv-01595, (C. D. Cal. October 5, 2015) |
| 3 | **Franco v. Experian Solutions Inc. et al**<br>Docket No. 8:15-cv-01598, (C.D. Cal. October 5, 2015) |
| 4 | **Acosta v. Experian Information Solutions, Inc. et al.**<br>Docket No. 0:15-cv-62099, (S.D. Fla. October 6, 2015) |
| 5 | **Luna v. Experian Information Solutions, Inc., et al.**<br>Docket No. 8:15-cv-01603, (C.D. Cal. October 6, 2015) |
| 6 | **Brautigam v. Experian Holdings Inc.**<br>Docket No. 8:15-cv-1616, (C.D. Cal. October 7, 2015) |
| 7 | **Ohring v. Experian Information Solutions, Inc.**<br>Docket No. 8:15-cv-01612, (C.D. Cal. October 7, 2015) |
| 8 | **Wicklund v. Experian Information Solutions, Inc.**<br>Docket No. 3:15-cv-01109, (S.D. Ill. Oct. 8, 2015) |
| 9 | **Leitner v. Experian Information Solutions et al.**<br>Docket No. 8:15-cv-01620, (C.D. Cal. October 8, 2015) |
| 10 | **Barbashov v. Experian Information Solutions, Inc.**<br>Docket No. 1:15-cv-08943, (N.D. Ill. October 8, 2015) |
| 11 | **Ojeda v. Experian Information Solutions, Inc.**<br>Docket No. 5:15-cv-04704, (N.D. Cal. Oct. 9, 2015) |
| 12 | **Cochran v. Experian Information Solutions, Inc.**<br>Docket No. 8:15-cv-01659, (C.D. Cal. Oct. 15, 2015) |

NAI-1500581599v2