**In re: EXPERIAN/T-MOBILE DATA SECURITY BREACH LITIGATION**
**MDL NO. 2676**

Attachment B to Corporate Disclosure Statement

Parties Represented by John A. Vogt

1. Experian Information Solutions, Inc.

2. Experian Holdings, Inc.